No. 96–6923. ANDREWS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6940. ARLINE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–330. OFFICIAL COMMITTEE OF TORT CLAIMANTS v. DOW CORNING CORP. ET AL.; and

No. 96–742. BREAST IMPLANT TORT CLAIMANTS REPRESENTED BY O'QUINN, KERENSKY, MCANINCH & LAMINACK v. DOW CORNING CORP. ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions. Reported below: 86 F. 3d 482.

No. 96–479. ADVANCED COMMUNICATIONS CORP. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Motions of Foundation for Educational Advancement Today and William Philip Welty for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 96–833. IN RE HOOK C. A. 7th Cir. Petition for writ of certiorari, mandamus, and prohibition denied.

No. 95–2025. CALIFORNIA ET AL. v. ROY, *ante*, p. 2;
No. 95–6347. GORDON v. PEORIA SCHOOL DISTRICT 150 ET AL., 516 U. S. 1030;
No. 95–8797. WILLIAMS v. LEWIS ET AL., *ante*, p. 828;
No. 95–9028. MURRELL v. UNIVERSITY OF SOUTH CAROLINA, *ante*, p. 835;
No. 95–9034. MCDUFF v. UNITED STATES, *ante*, p. 835;
No. 95–9089. LAUFMAN v. MAYER ET AL., *ante*, p. 837;
No. 95–9178. GUNNELL v. LITTLEFIELD, WARDEN, *ante*, p. 842;
No. 95–9382. IN RE HOPE, *ante*, p. 806;
No. 95–9495. COTTON v. HILBIG ET AL., *ante*, p. 860;
No. 96–185. SAKARIA ET AL. v. DARE COUNTY BOARD OF EDUCATION, *ante*, p. 976;
No. 96–338. KAHN v. BEICKER ENGINEERING, INC., ET AL., *ante*, p. 965;

No. 96–520.  SMITH v. LOUISIANA-PACIFIC CORP. ET AL., *ante,* p. 982;

No. 96–5165.  SHELTON v. GUDMANSON, WARDEN, *ante,* p. 883;

No. 96–5643.  HUSSEIN v. RABAN SUPPLY CO., *ante,* p. 951;

No. 96–5696.  BIGPOND v. CHAMPION, WARDEN, *ante,* p. 953;

No. 96–5840.  EVANS v. UNITED STATES, *ante,* p. 940;

No. 96–5885.  SINGLA ET AL. v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL., *ante,* p. 970;

No. 96–5911.  CHEATHAM v. SCHNEIDER, GOVERNOR OF THE VIRGIN ISLANDS, ET AL., *ante,* p. 971;

No. 96–5933.  JOHNSON `v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, *ante,* p. 983;

No. 96–5963.  RESETAR v. LYMAN, *ante,* p. 954;

No. 96–6013.  TIERNEY v. PETERSON, SUPERINTENDENT, WASHINGTON CORRECTIONS CENTER, *ante,* p. 984;

No. 96–6049.  LINDSEY v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 997;

No. 96–6092.  IN RE GAUNCE, *ante,* p. 980;

No. 96–6137.  RUSSO v. BEYER, ASSISTANT COMMISSIONER, DIVISION OF OPERATIONS, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 984;

No. 96–6196.  AGUILAR RILEY OZMEN v. NEW MEXICO, *ante,* p. 985;

No. 96–6226.  BERKLEY v. DEPARTMENT OF THE ARMY, *ante,* p. 997; and

No. 96–6255.  VAN HOORELBEKE v. UNITED STATES, *ante,* p. 985.  Petitions for rehearing denied.

No. 95–1912.  MATYASTIK v. TEXAS, *ante,* p. 815.  Motion for leave to file petition for rehearing denied.

JANUARY 8, 1997

No. A–485.  WAINWRIGHT v. HUCKABEE, GOVERNOR OF ARKANSAS, ET AL.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 96–7337 (A–477).  IN RE RUIZ ET AL.  Application for stay of execution of sentences of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.